1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
6     150 Almaden Boulevard
      San Jose, California 95113
7     Telephone: (408) 535-5589
      Facsimile:  (408) 535-5066
8     Email: meredith.edwards@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA, | )  | No. CR 12-654 EJD
15 |         Plaintiff,         | )  |
                                 )    STIPULATION AND [PROPOSED]
16 |         v.                  | )  | ORDER CONTINUING HEARING DATE
                                 )    AND EXCLUDING TIME UNDER THE
17 | ANGEL CLARA-MENDEZ,         | )  | SPEEDY TRIAL ACT
                                 )
18 |         Defendant.          | )
                                 )
19 |_____| )

20

21                              **STIPULATION**

22     The United States, by and through Special Assistant United States Attorney Meredith J.

23 Edwards, and defendant Angel Clara-Mendez, by and through Assistant Federal Public Defender

24 Diana A. Garrido, hereby stipulate that, with the Court's approval, the status hearing currently set

25 for Monday, November 5, 2012, at 1:30 p.m., shall be continued to Monday, December 3, 2012,

26 2012, at 1:30 p.m.

27     The continuance is requested to provide both government and defense counsel with

28 additional time to review discovery and to negotiate an appropriate resolution.  The continuance

                                         1

1  would provide both parties with the reasonable time necessary for effective preparation.
2  Accordingly, both parties respectfully request that the time between November 5, 2012 and
3  December 3, 2012 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
4  (B)(iv).
5
6  Dated: November 1, 2012                           /s/
                                                    MEREDITH J. EDWARDS
7                                                   Special Assistant United States Attorney
8
9  Dated: November 1, 2012                           /s/
                                                    DIANA A. GARRIDO
10                                                  Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between November 5, 2012 and December 3, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/5/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge