1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant CLARA-MENDEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR 12-00654 EJD
                                    )
11         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER ADVANCING STATUS
12 vs.                              )   CONFERENCE FROM JANUARY 14, 2013
                                    )   TO DECEMBER 17, 2012
13 ANGEL CLARA-,MENDEZ,             )
                                    )
14         Defendant.                )
                                    )
15 _____  )

16     The defendant, Angel Clara-Mendez, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Special Assistant United States Attorney

18 Meredith J. Edwards, hereby stipulate that, with the Court's approval, the status conference

19 currently set for Monday, January 14, 2013 at 1:30 p.m., shall be advanced to Monday,

20 December 17, 2012 at 1:30 p.m. The reason for this request is that Mr. Clara-Mendez has

21 received an offer that he would like to accept as soon as possible.

22     Therefore, the parties respectfully request that the Court advance the status conference to

23 December 17, 2012 at 1:30 p.m.

24 ///

25 ///

26

Stipulation
CR 12-00654 EJD                          1

1  Dated: December 10, 2012

2                                          STEVEN G. KALAR
                                           Federal Public Defender
3

4                                          /s/
                                           DIANA A. GARRIDO
5                                          Assistant Federal Public Defender

6
   Dated: December 10, 2012
7
                                           MELINDA HAAG
8                                          United States Attorney

9
                                           /s/
10                                         MEREDITH J. EDWARDS
                                           Special Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation
CR 12-00654 EJD                            2

1 **[~~PROPOSED~~] ORDER**

2   Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
3 the status conference set for January 14, 2013 at 1:30 p.m. be advanced to December 17, 2012 at
4 1:30 p.m. Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. §3161,
5 through January 14, 2013 .

7 IT IS SO ORDERED.

9 DATED:   12/10/2012   _____
                        THE HONORABLE EDWARD J. DAVILA
10                      United States District Judge

Stipulation
CR 12-00654 EJD                            3